FILED'06 MAR 22 09:38USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


ROBERT F. LAMBERT,                          05-CV-399-ST

       Plaintiff,
                                            ORDER
v.

JOANNE B. BARNHART,
Commissioner of Social
Security,

       Defendant.


**RORY LINERUD**
The Linerud Law Firm
P.O. Box 1105
Salem, OR 97308
(503) 587-8776

       Attorney for Plaintiff

**KARIN J. IMMERGUT**
United States Attorney
**NEIL EVANS**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204
(503) 727-1053

1 - ORDER

**MICHAEL MCGAUGHRAN**
Office of the General Counsel
**LEISA A. WOLF**
Special Assistant United States Attorney
Social Security Administration
701 Fifth Avenue
Suite 2900 M/S 901
Seattle, WA  98104-7075
(206) 615-3621

>     Attorneys for Defendant

**BROWN, Judge.**

Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#11) on February 10, 2006, in which she recommended the Court affirm the Commissioner's final determination denying Plaintiff's applications for disability insurance benefits and supplemental security income benefits under Titles II and XVI of the Social Security Act.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983).  Having reviewed the legal principles *de novo*, the Court does not find any error.

2 - ORDER

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#11). Accordingly, the Court **AFFIRMS** the Commissioner's decision and **DISMISSES** this matter.

IT IS SO ORDERED.

DATED this 21st day of March, 2006

　　　　　　　　　　　_____
　　　　　　　　　　　ANNA J. BROWN
　　　　　　　　　　　United States District Judge